# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiaorong Li<br>                 *Plaintiff,*<br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>                 *Defendants.* | **Case No. 1:25-cv-07875**<br><br>**VERIFICATION OF THE COMPLAINT**<br><br>**Hon. Judge Andrew L. Carter, Jr.** |

I, **Nitin Kaushik**, being an attorney duly admitted to practice before this Court, hereby verify under 28 U.S.C. § 1746 and Rule 11 of the Federal Rules of Civil Procedure as follows:

1. I am counsel of record for Plaintiff in the above-captioned action.
2. I have read the accompanied Complaint filed on September 23, 2025 for Infringement of U.S. Design Patent.
3. The factual allegations therein are true and correct to the best of my knowledge, information, and belief, based upon documents provided by Plaintiff and my own investigation.
4. I verify the Complaint on Plaintiff's behalf because Plaintiff resides outside the United States and is unable to conveniently appear to verify this pleading.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2025

Respectfully submitted,

/s/ Nitin Kaushik
Nitin Kaushik
50 Lerer Lane
Staten Island, NY 10307
Tel: 908-560-7265
Email: nitin.kaushik@gmail.com
*Counsel for Plaintiff*