UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAORONG LI,<br><br>       Plaintiff,<br><br>-against-<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULED A,<br><br>       Defendants. | 1:25-cv-07875 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  On October 23, 2025, an order to show cause hearing was held as to whether this Court should issue a preliminary injunction. During the hearing, Plaintiff informed this Court that at least one of the Defendants privately contacted Plaintiff to engage in potential private settlement. The parties should submit a joint status report by **November 5, 2025,** providing details as to the status of this case and any potential settlement.

**SO ORDERED.**

Dated: **October 23, 2025**
     **New York, New York**
                  _____
                  **ANDREW L. CARTER, JR.**
                  **United States District Judge**