**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JIAORONG LI,** | |
| **Plaintiff,** | **1:25-cv-07875 (ALC)** |
| **-against-** | **PRELIMINARY INJUNCTION ORDER** |
| **PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULED A,** | |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Upon consideration of Plaintiffs' motion for a temporary restraining order and the telephonic hearing held on October 23, 2025, regarding an order to show cause as to why a preliminary injunction should not issue, it is hereby **ORDERED**:

1. As sufficient cause has been shown, the injunctive relief previously granted in the temporary restraining order shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and Section 283 of the Patent Act.

   a. Accordingly, Defendants are hereby restrained and enjoined from engaging in any of the following conduct:

      i. Manufacturing, importing, distributing, selling, offering for sale, or profiting from the sale of the Infringing Products; and

      ii. Otherwise directly or indirectly infringing on Plaintiff's Patent.

   b. Within five (5) calendar days after receipt of this Order, amazon and any other third-party service provider to defendants, shall disable the Amazon Storefronts and cease:

      i.  Providing services to operate the listings for the Infringing Products,

     ii.  Displaying any advertisements used by or associated with Defendants in connection with the sale of the Infringing Products; and

    iii.  Displaying links to the listings in search results.

2. As sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

    a.  Amazon.com, Inc., and any other identified financial institutions (collectively, the "Restrained Parties") to immediately freeze all funds in Defendants' accounts associated with the infringing activities described in the TRO.

    b.  The Restrained Parties shall not permit any transfer, withdrawal, or other disposition of restrained funds pending further order of this Court.

    c.  Within five (5) business days, the Restrained Parties shall provide Plaintiff with an accounting of the restrained funds and associated account information.

3. As sufficient cause has been shown, the expedited discovery previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

    a.  Any service provider with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Amazon Storefronts, shall, within five (5) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

          i.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or

participation with them, including all known contact information and all associated e-mail addresses;

ii.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Amazon Storefronts and

iii.  Defendants' financial accounts, including Defendants' sales and listing history related to their respective Amazon Storefronts; and

iv.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other any financial institution.

4.  As sufficient cause has been shown, Plaintiff is permitted to serve Defendants electronically by email and electronic publication pursuant to Federal Rule of Civil Procedure 4(f)(3).

5.  Service of this Order, Plaintiff's motions, the Summons, and Verified Complaint shall be made within three (3) days of the service providers' compliance with Paragraph 3 of this Order.

6.  The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

7.  This Order shall remain in effect during the pendency of this action, or until further order of the Court.

**SO ORDERED.**

**Dated:**    **October 23, 2025**
    **New York, New York**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**