IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiaorong Li<br>　　　　　*Plaintiff,*<br><br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>　　　　　*Defendants.* | **Case No. 1:25-Cv-07875**<br><br>**ADDENDUM TO THE TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXTENSION OF TIME**<br><br>**HON. JUDGE ANDREW L. CARTER, JR.** |

### ADDENDUM TO THE TEMPORARY RESTRAINING ORDER

Plaintiff Jiaorong Li, by and through his undersigned counsel, respectfully moves this Court to amend the Temporary Restraining Order ("TRO") entered on September 25, 2025.

1. **Relief Requested**

    a) Plaintiff seeks amendment of the TRO to expressly direct **Amazon.com, Inc.** and other third-party financial service providers to **freeze Defendants' accounts and restrain all funds** related to the infringing activities identified in the TRO.

    b) Authorize **alternative service** of the TRO and this Addendum on Amazon.com, Inc. via **email and overnight delivery** to its registered agent Corporation Service Company with located at 251 Little Falls Drive Wilmington, DE 19808.

2. **Grounds for the Motion**

    1. On September 25, 2025, this Court entered a TRO restraining Defendants from further infringement of Plaintiff's rights.

    2. The TRO did not identify specific financial institutions, and thus Defendants' sales proceeds remain accessible to them despite the TRO.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiaorong Li<br>     *Plaintiff,*<br><br>v.<br><br>Partnerships and Unincorporated Associations<br>Identified on Schedule A<br>     *Defendants.* | Case No. 1:25-Cv-07875<br><br>**PROPOSED ORDER** |

Upon consideration of Plaintiff's Addendum to the Temporary Restraining Order and supporting materials, the Court hereby ORDERS that:

1. The TRO entered on September 25, 2025, is amended to direct **Amazon.com, Inc., and any other identified financial institutions** (collectively, the "Restrained Parties") to immediately freeze all funds in Defendants' accounts associated with the infringing activities described in the TRO.

2. The Restrained Parties shall not permit any transfer, withdrawal, or other disposition of restrained funds pending further order of this Court.

3. Within five (5) business days, the Restrained Parties shall provide Plaintiff with an accounting of the restrained funds and associated account information.

4. The time of the TRO is extended until _____ along with this addendum.

5. Plaintiff is authorized to serve this Addendum and Order by electronic service and overnight delivery on the Restrained Parties.

SO, ORDERED.

Dated: _____

_____
Hon. Judge Andrew L. Carter, Jr.