UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIAORONG LI,<br><br>                     Plaintiff,<br><br>                  -against-<br><br>PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULED A,<br><br>                    Defendants. | 1:25-cv-07875 (ALC)<br><br>**SEALED ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The TRO granted on September 25, 2025 is hereby extended until and including October 23, 2025. All deadlines are similarly extended by fourteen (14) days. The telephonic hearing scheduled for October 9, 2025 is adjourned to **October 23, 2025 at 3PM**. All parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#).

Plaintiff shall serve a copy of this order in accordance with paragraphs 4 and 5 of the TRO. Plaintiff does not need to serve a receipt of the security bond deposit.

SO ORDERED.

Dated:    October 7, 2025
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**

SEALING ORDER

CIVIL COVER SHEET

COMPLAINT

VERIFICATION OF COMPLAINT

AFFIDAVIT OF JIAORONG LI

DECLARATION OF NITIN KAUSHIK

PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

MOTION FOR LEAVE TO SERVE ELECTRONICALLY

PLAINTIFF'S EXPARTE MOTION FOR ENTRY OF A SEALED TRO

MOL ISO PLAINTIFF'S EXPARTE MOTION FOR ENTRY OF A SEALED TRO

SEALED ORDER DENYING MOTION FOR TRO

SEALED TRO

ADDENDUM TO TRO

LETTER TO JUDGE CARTER 10.06.2025

SEALED ORDER SIGNED BY JUDGE CARTER 09.26.2025

SEALED ORDER SIGNED BY JUDGE CARTER 10.07.2025

(NO CD SUBMITTED BY COUNSEL) RECEIVED BY CHAMBERS