```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/6/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JIAORONG LI,**<br><br>        **Plaintiff,**<br><br>  -against-<br><br>**PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULED A,**<br><br>        **Defendants.** | **1:25-cv-07875 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the November 5, 2025 letter submitted by Plaintiff indicating the parties have reached an agreement to settle the matter and will be executing a Settlement Agreement shortly. It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

  Further, Plaintiff is instructed to file its November 5, 2025 letter on the docket. If Plaintiff encounters further issues, he can contact the Help Desk for assistance.

**SO ORDERED.**

**Dated: November 6, 2025**
     **New York, New York**

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**