

# NITIN KAUSHIK

ATTORNEY & COUNSELOR AT LAW

November 5, 2025

**VIA ECF ONLY**
The Honorable Judge Andrew L. Carter, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

           **Re:**           **1:25-cv-07875-ALC**
                            **Li v. Partnerships et al**

Dear Honorable Judge Carter,

      I represent the Plaintiff in the above stated matter. On October 23, 2025, a telephonic conference was held in the case. The Honorable Court instructed to submit a status letter in the case.

      The Defendants approached the Plaintiff and have reached an agreement to settle the matter. The parties will be executing a Settlement Agreement shortly. I remain at the disposal of the Honorable Court for further instructions.

      I thank you the Honorable Court for its time and consideration.

Sincerely,

*Nitin Kaushik*
Nitin Kaushik