IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jiaorong Li<br><br>                        *Plaintiff*,<br><br>v.<br><br>Partnerships and Unincorporated Associations Identified on Schedule A<br>                        *Defendants*. | **Case No. 1:25-Cv-07875**<br><br>**Proposed Order Releasing Bond** |

**PROPOSED ORDER RELEASING BOND**

WHEREAS, on September 25, 2025, the Court entered a Sealed Temporary Restraining Order requiring Plaintiff to post a $10,000 security bond pursuant to Federal Rule of Civil Procedure 65(c);

WHEREAS, Plaintiff timely deposited the $10,000 bond with the Clerk of Court;

WHEREAS, the action has been discontinued and the bond is not longer required;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Release Bond is GRANTED.

2. The Clerk of Court is directed to release and return the $10,000 bond posted by Plaintiff pursuant to the Court's September 25, 2025, Temporary Restraining Order.

3. The Clerk shall disburse the funds to Plaintiff's counsel of record in accordance with the Court's standard procedures.

SO ORDERED.

Dated: _____
New York, New York


_____
ANDREW L. CARTER, JR.
United States District Judge